UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

MICKIE IIMAS,

                             Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21-CR-00316

Defendant Mickie Iimas hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or ___ teleconferencing:

___    Initial Appearance Before a Judicial Officer

_x_    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

/s/ Mickie Iimas by JCM
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Mickie Iimas
Print Defendant's Name

Defendant's Counsel's Signature

Deveraux L. Cannick
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

6-17-2021
Date

Judge P. McCarthy
U.S. District Judge/U.S. Magistrate Judge