

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 22, 2021

>Application granted.
>
>An Order excluding time under the Speedy Trial Act shall be docketed separately.
>
>The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 20.
>
>SO ORDERED.
>
>_____
>Philip M. Halpern
>United States District Judge
>
>Dated: White Plains, New York
>       June 23, 2021

**BY ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: *United States v. Mickie Iimas*, 7:21-cr-00316 (PMH)

Dear Judge Halpern:

    The above-titled case was assigned to the Court last week. An initial pretrial conference is scheduled for July 13, 2021 at 9 a.m. At the arraignment, which was held on June 17, 2021, Judge McCarthy excluded time through July 1, 2021. However, the parties understand that July 13, 2021 is the first available date for an initial pretrial conference.

    The Government respectfully requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today through the date of the initial pretrial conference on July 13, 2021. The Government respectfully submits that an exclusion of time would serve the ends of justice and outweigh the best interests of the public and the defendants in a speedy trial because it would allow the Government to commence the production of discovery in this matter, and would further allow defense counsel to begin review of discovery and evaluate any potential motion practice. The proposed exclusion of time would also allow the Government and defense counsel to engage in discussions regarding a potential resolution of the matter without the need for trial.

    The Government respectfully encloses a proposed order excluding time for the Court's consideration.

                        Respectfully submitted,

                          AUDREY STRAUSS
                        United States Attorney

            By:   /s/ Stephanie Simon
                  Stephanie Simon
                  Assistant United States Attorney
                  Tel: (914) 993-1920

Cc:    Deveraux Cannick, Esq.