U.S. Department of Justice

> Application granted. The Court shall docket the Protective Order separately.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 25.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         August 4, 2021

**BY ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. Mickie Iimas*, 21 Cr. 316 (PMH)

Dear Judge Halpern:

    Attached please find a proposed protective order regarding discovery in the above-captioned case, which the parties have consented to and electronically signed, and respectfully request that the Court enter.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By:   /s/ Stephanie Simon
    Stephanie Simon
    Assistant United States Attorney
    Tel:  (914) 993-1920

Cc:   Deveraux Cannick, Esq.