# (CRIMINAL) MEMORANDUM TO DOCKET CLERK

This form shall be returned to the docketing section, upon completion of a Hearing or Trial, or on the last day of the Calendar Month, when the action is continued to the following month. Should the Hearing or Trial continue for two or more weeks, this form should be submitted on a weekly basis.

BEFORE: **JUDGE HALPERN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

United States of America,                                              Docket No. 21 CR 316 (PMH)

       -against-

 Mickie Iimas                                                                          Defendant(s)
---------------------------------------------------------------X

**Type of Hearing:   STATUS CONFERENCE**

Date 10/7/21 Time 9:10am Duration: (Hr.)_____ (Min.) 10

**The defendant present with attorney Deveraux Cannick by teleconference**
**AUSA: Derek Wikstrom.**
**Court Reporter: Darby Ginsberg.**

STATUS CONFERENCE HELD: Defendant consented, in an executed written waiver and orally on the record, to waiving his physical appearance at today's conference. The Court accepted the waiver as knowing and voluntary, and determined that the waiver was appropriate under the CARES Act. The Government represented that discovery is complete. The next status conference in this matter is scheduled on December 9, 2021 at 9:00am by teleconference. The Government moved to exclude time under the Speedy Trial Act from today until December 9, 2021 for defendant and his counsel review discovery and to continue to discuss a possible pretrial resolution. That application was granted without objection by the Defendant. Defendant is remanded.

**Teleconference**
**888-398-2342**
**3456831**

                                                                                                           **Halpern J.**

Frank Cangelosi
Deputy Clerk