March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                         -v-

Mickie Iimas                                    ,
                                Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEOCONFERENCE**

**21-CR- 00316 (PMH)(1)**

Defendant Mickie Iimas_____ hereby voluntarily
consents to participate in the following proceeding via videoconferencing:

____    Initial Appearance/Appointment of Counsel

____    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
        Indictment Form)

____    Preliminary Hearing on Felony Complaint

____    Bail/Revocation/Detention Hearing

        Status and/or Scheduling Conference

____    Misdemeanor Plea/Trial/Sentence

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Defense Counsel's Signature

Mickie Iimas_____
Print Defendant's Name

Deveraux L. Cannick_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge