UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

MICKIE IIMAS,

                              Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 CR 316 (PMH)

Defendant MICKIE IIMAS hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

MICKIE IIMAS
Print Defendant's Name

_____
Defendant's Counsel's Signature

DEVERAUX L. CANNICK
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

March 8, 2022
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~