

Robert J. Aiello  
Deveraux L. Cannick  
_____

69-06 Grand Avenue

> The appearance scheduled for May 4, 2022 shall proceed as a change of plea hearing.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 38.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
> April 26, 2022

**VIA ECF**  
The Honorable Judge Philip M. Halpern  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, New York 10601-4150  

      Re:    **United States v. Mickie Iimas**  
               **7:21-cr-00316-PMH**

Dear Judge Halpern:

    This letter will confirm that the defendant, Mikie Iimas' change of plea hearing will be held on May 4th, 2022 at 9:00 a.m. with the consent of AUSA Derek Wikstrom and the Court.

    Thank you in advance for your consideration.

                                                   Very truly yours,

                                                   */s/ Deveraux L. Cannick*

                                                   Deveraux L. Cannick

cc:  AUSA Derek Wikstrom