UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,

v.

MICKIE IIMAS,

                      Defendant.
-----------------------------------------------------x

**ORDER ACCEPTING**
**PLEA ALLOCUTION**

21-CR-00316 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated June 6, 2022, is approved and accepted, and the defendant is adjudged guilty of the offenses charged in Count One and Count Three of the Indictment.

    The Clerk of Court is directed to enter the guilty plea.

SO ORDERED:

Dated: White Plains, New York
         June 28, 2022

                                        _____
                                        Philip M. Halpern
                                        United States District Judge