UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :           **RESCHEDULING**
                                  :           **ORDER**
                                  :
**Mickie Iimas,**                 :           7- 21-cr-00316-PMH
                    Defendants.   :
                                  :
------------------------------------------------------------x

Sentencing in this matter is rescheduled to December 8, 2022 at 4:00 pm in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: October 13, 2022                SO ORDERED:

                                       _____
                                       Philip M. Halpern, U.S.D.J