UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>MICKIE IIMAS,<br><br>                    Defendant. | **ORDER**<br><br>21-CR-00316 (PMH) |

PHILIP M. HALPERN, United States District Judge:

The document attached as Exhibit C to Defendant Micki Iimas's sentencing submission (Doc. 48-3) is not legible. Defense counsel is directed to file a legible version of Exhibit C to Defendant's sentencing submission as soon as possible.

                              **SO ORDERED.**

Dated:   White Plains, New York
         December 6, 2022

                              _____
                              PHILIP M. HALPERN
                              United States District Judge