

U.S. Department of Justice

*United States Attorney*

> Application granted. The VOSR status conference scheduled for December 18, 2024 is adjourned to January 21, 2025 at 10:00 a.m. in a courtroom to be determined. It is the Government's responsibility to have the defendant produced to the White Plains Courthouse at that time. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 59).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             December 4, 2024

**BY ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Mickie Iimas*, 21 Cr. 316 (PMH)

Dear Judge Halpern:

    The Government writes on behalf of the parties in the above-referenced case to respectfully request an adjournment. A status conference in the violation of supervised release proceedings against defendant Mickie Iimas is currently scheduled for December 18, 2024 at 10:00 a.m. Defense counsel is no longer available at that time. The parties therefore jointly request that the Court adjourn the status conference until January 21, 2025 at 10:00 a.m., a date and time that we understand, from conferring with Your Honor's courtroom deputy, works for the Court.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

    by:   /s/_____
        Derek Wikstrom
        Assistant United States Attorney
        (212) 637-1085

Cc:    Andrew Patel, Esq. (by ECF)