STAMPUR

WILLIAM J. STAMPUR
JAMES ROTH

> The VOSR status conference scheduled for January 21, 2025 is adjourned to March 25, 2025 at 10:00 a.m. in a courtroom to be determined. It is the Government's responsibility to have the defendant produced to the White Plains Courthouse at that time. By March 11, 2025, counsel shall: (1) advise the Court whether the status conference should be converted to an admission and sentencing hearing; and (2) file a status letter including their positions concerning any anticipated plea and sentencing and shall submit to the Court any documents and/or agreements necessary for the Court's consideration in connection with the hearing. Otherwise, the Court expects to schedule a revocation hearing at the March 25, 2025 status conference. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 62).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 17, 2025

BY ECF

The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: United States v. Mickie Iimas, 21 Cr.316 (PMH)

Dear Judge Halpern

      I write with the consent of the Government to request that this matter, which is currently scheduled for sentencing on January 21 , 2025 be adjourned to the week of March 10th at a time convenient to the Court . This request is made to permit Mr. Iimas the time to resolve his pending state matter.This is the first request for an adjournment since I was recently appointed to this matter.

Very truly yours,

*James Roth*
s/James Roth

cc. AUSA Ben Arad