UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA                   :
                                           :
v.                                         :    **ORDER**
                                           :
MICKIE IIMAS,                              :    7:21-cr-316 (PMH)
                                           :
                    Defendant.             :
-----------------------------------------------------------x

On January 17, 2025, the Court granted Defendant's request to adjourn the January 17, 2025 status conference until March 25, 2025 to allow Defendant time to resolve his pending state court matter. The Court directed the parties to notify the Court by March 11, 2025 whether the status conference should be converted to an admission and sentencing hearing. Otherwise, the Court anticipated scheduling a revocation hearing at the next status conference. (Doc. 63).

The parties have not provided the Court with a status update as directed in the January 17 Order. By March 20, 2025, the parties shall write a joint letter advising the Court of the status of the pending state court matter and whether they are requesting the Court to schedule an admission and sentencing hearing or a revocation hearing. Upon receipt of the joint letter, the Court will schedule a hearing date. The March 25, 2025 status conference is cancelled.

**SO ORDERED:**

Dated: White Plains, New York
       March 17, 2025

                                           _____
                                           Philip M. Halpern
                                           United States District Judge